CITIZENS TRUST COMPANY OF BINGHAMTON, Appellant, *v.* LEWIS B. MERSELIS et al., Respondents.

(Submitted April 13, 1936; decided April 28, 1936.)

*Daniel J. McAvoy* for appellant.
*Charles R. Stewart* for respondents.

Order affirmed, with costs, and the question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.